AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:21-mj-00189 |
| EDUARDO NICOLAS ALVEAR GONZALEZ  (AKA: ALVEAR GONZALEZ EDUARDO NICOLAS; NICOLAS ALVEAR) DOB: XXXXXX | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 1/31/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    January 6, 2021    in the county of _____ in the _____ in the District of    Columbia   , the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 40 U.S.C. § 5104(e)(2) | Violent Entry and Disorderly Conduct on Capitol Grounds. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
Complainant's signature

Madison Ramsden, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date:    01/31/2021

Digitally signed by G. Michael Harvey

_____
*Judge's signature*

City and state:    Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*