# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **MAGISTRATE NO. 21-MJ-189** |
| | : | |
| **EDUARDO NICOLAS ALVEAR GONZALEZ,** | : | **VIOLATIONS:** |
| also known as "Alvear Gonzalez Eduardo Nicholas," | : | **18 U.S.C. § 1752(a)(1)** |
| also known as "Nicolas Alvear," | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| **Defendant.** | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Disorderly Conduct in a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in a** |
| | : | **Capitol Building)** |

## I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, **EDUARDO NICOLAS ALVEAR GONZALEZ**, also known as "Alvear Gonzalez Eduardo Nicholas," also known as "Nicolas Alvear," did unlawfully and knowingly enter and remain in a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(1))

### COUNT TWO

On or about January 6, 2021, within the District of Columbia, **EDUARDO NICOLAS ALVEAR GONZALEZ**, also known as "Alvear Gonzalez Eduardo Nicholas," also known as "Nicolas Alvear," did knowingly, and with intent to impede and disrupt the orderly conduct of

Government business and official functions, engaged in disorderly and disruptive conduct in and within such proximity to a restricted building and grounds, that is, any posted, cordoned-off, or otherwise restricted area within the United States Capitol and its grounds, where the Vice President and Vice President-elect were temporarily visiting, when and so that such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building or Grounds**, in violation of Title 18, United States Code, Section 1752(a)(2))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, **EDUARDO NICOLAS ALVEAR GONZALEZ**, also known as "Alvear Gonzalez Eduardo Nicholas," also known as "Nicolas Alvear," willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress, and the orderly conduct in that building of a hearing before or any deliberation of, a committee of Congress or either House of Congress.

(**Disorderly Conduct in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(D))

## COUNT FOUR

On or about January 6, 2021, within the District of Columbia, **EDUARDO NICOLAS ALVEAR GONZALEZ**, also known as "Alvear Gonzalez Eduardo Nicholas," also known as "Nicolas Alvear," willfully and knowingly paraded, demonstrated, and picketed in any United States Capitol Building.

(**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of Title 40, United States Code, Section 5104(e)(2)(G))

                                    Respectfully submitted,

                                    MICHAEL R. SHERWIN
                                  Acting United States Attorney
                                  N.Y. Bar No. 4444188

By:

                                  TROY A. EDWARDS, JR.
                                  Assistant United State Attorney
                                  N.Y. Bar No. 5453741
                                  555 4th Street, N.W., Room 2116
                                  Washington, D.C. 20530
                                  Office: (202) 258-1251