**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case Number: 21-cr-0115 CRC |
| | : | |
| EDUARDO ALVEAR GONZALEZ, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**ENTRY OF APPEARANCE**

Mister/Madam Clerk:

Please enter the appearance of ANTHONY D. MARTIN, on behalf of the Defendant; EDUARDO ALVEAR GONZALEZ

                      Respectfully submitted,
                      ANTHONY D. MARTIN, PC


By:   /S/ Anthony D. Martin
      Anthony D. Martin, 362-537
      GREENWAY CENTER OFFICE PARK
      7474 Greenway Center Drive, Ste 150
      Greenbelt, MD 20770
      (301) 220-3700; (301) 220-1625 (fax)