## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 21-cr-0115 (CRC) |
| EDUARDO ALVEAR GONZALEZ, | : | |
| Defendant. | : | |

## ORDER

This matter is before the court on a Motion filed by EDUARDO GONZALEZ. The request for relief was filed through his court-appointed attorney, Anthony D. Martin. Mr. GONZALES moves for permission to change his third-party custodian. IT APPEARS TO THE COURT, that the government takes no position on the motion. IT FURTHER APPEARS, that the Pretrial Services Agency has vetted the proposed third-party custodian and does not object to the change.

There being no objection, IT IS ORDERED this  23rd  day of July 2021 that the [20] Motion to Substitute Third-Party Custodian is GRANTED. The defendant's new third-party custodian shall be subject to the same responsibilities and obligations assumed by the prior third-party custodian.

_____
JUDGE

1