UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number: 21-cr-0115 CRC |
| : | |
| EDUARDO ALVEAR GONZALEZ, : | |
| : | |
| Defendant. : | |
| : | |

**MOTION FOR RECONSIDERATION OF REQUEST FOR TRAVEL, AND CORRECTION OF RECORD DUE TO COUNSEL'S FAILURE TO FULLY AND ADEQUATELY EXPLAIN CIRCUMSTANNCE FOR REQUESTED TRAVEL**

Anthony D. Martin, court appointed counsel, files the following correction or record, regarding defendant's Motion for Travel during the period December 18th, 2021 to January 2nd, 2022.

*Procedural Posture*

Mr. Gonzalez sentencing is scheduled for January 5th, 2022 at 10:00 am.

*Basis for Request*

The predominate reason for the requested travel was to work. Defendant is a production manager and producer of podcasts. He has an opportunity to have his expenses paid while working in the United Kingdom. Counsel's failure to fully explain the reasons for the requested authorization to travel, made it appear that he does not take his current circumstance seriously. He further represents that he has been able to travel to other states for work related reasons.

1

.
*Prayer*

**WHEREFORE**, the Defendant respectfully requests that the court reconsider his earlier request and that he be permitted to travel to England on December 18th, 2021 and return to the United States on January 2nd, 2022.

Respectfully submitted,
ANTHONY D. MARTIN

By:_____/S/_____
Anthony D. Martin, 362-537
GREENWAY CENTER OFFICE PARK
7474 Greenway Center Drive, Ste 150
Greenbelt, MD 20770
(301) 220-3700; (301) 220-1625(fax)

*Attorney for Eduardo Gonzalez*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing MOTION FOR RECONSIDERATION TO PERMIT OCONUS TRAVEL, was sent electronically on the date appearing below to:

> **Troy A. Edwards, AUSA**
> United States Attorney's Office
> 555 4th Street, NW
> Washington, DC 20001

On this Thursday, November 18, 2021

By:   /s/ Anthony D. Martin