UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 21-cr-0115 CRC |
| EDUARDO ALVEAR GONZALEZ, | : | |
| Defendant. | : | |

**NOTICE OF WAIVER OF APPEARANCE**
(Sentencing Hearing; Consent to Video Proceeding)

EDUARDO GONZALEZ, through his court-appointed attorney, Anthony D. Martin, hereby gives formal notice of his consent to appearance by video conference and waiver of his right to an in-person court appearance for his sentencing hearing.

        Respectfully submitted,
        ANTHONY D. MARTIN

        By: _____/S/_____
        Anthony D. Martin, 362-537
        GREENWAY CENTER OFFICE PARK
        7474 Greenway Center Drive, Ste 150
        Greenbelt, MD 20770
        (301) 220-3700; (301) 220-1625(fax)

        *Attorney for Eduardo Gonzalez*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF WAIVER was sent electronically on the date appearing below to:

**Troy A. Edwards, AUSA**
United States Attorney's Office
555 4th Street, NW
Washington, DC 20001

**AnneVeldhuis, SAUSA**
Trial Attorney CA Bar No. 298491
450 Golden Gate Ave., Room 10-0101
San Francisco, CA 94102

On this Thursday, December 30, 2021

By:     /s/ Anthony D. Martin
          ANTHONY D. MARTIN, 362-537