UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | |
| v. | : | Case Number: 21-cr-0115 CRC |
| EDUARDO ALVEAR GONZALEZ, | : | |
| Defendant. | : | |

**MOTION TO CONTINUE THE SENTENCING HEARING**

Comes now, EDUARDO ALVEAR GONZALEZ, through Court appointed counsel and moves to continue the Sentencing Hearing Scheduled for January 5th, 2022, for reasons appearing below.  The government takes no position on the Motion.

*Procedural Posture*

Mr. Gonzalez was charged by information on February 11th, 2021 with several offenses including:  Entering and Remaining in a Restricted Building or Grounds in violation of 18 USC §1752(a)(1); Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 18 USC §1752(a)(2); Disorderly Conduct in a Capitol Building in violation of 40 USC §5104(e)(2)(D) and Parading, Demonstrating or Picketing in a Capitol Building in violation of 40 USC §5104(e)(2)(G).  He was arrested on or about January 31st, 2021.  He was released with High Intensity Supervision on March 24th, 2021.  A status hearing was held on July 22nd, 2021 and a substitute 3d party custodian, in the person of Mr. Gonzalez's estranged wife was approved by the Court.  Mr. Gonzalez pled guilty on September 30th, 2021. He is scheduled for sentencing on January 5th, 2022.

*Reasons for Request*

Counsel first received a copy of the Pre-Sentence Report (PSR) on December 30th, 2021. Thereafter, he had multiple communications with Mr Gonzalez from December 30th, 2021 through January 2nd 2022 by e-mail, phone and *Zoom* Conferences. The discussions were focused on the upcoming hearing and documents that would be considered by the Court, including: the PSR; USPO Sentencing Recommendation; the Government's Sentencing Memo; the Draft Defense Sentencing Memo and Exhibits.

Some of the exhibits that Mr. Gonzalez wants presented to the Court, include video recordings. It does not appear that counsel will be able to present a disk with the videos to the Clerk's Office given the Court's current closing; pursuant to Standing Order 21-83, which was issued on December 30th, 2021. In addition, Mr. Gonzalez has raised other concerns regarding the proceedings. Those concerns have been filed by counsel under seal.

*Prayer*

For the reason presented and others that may become apparent to the Court, Counsel requests that the Sentencing Hearing be continued to a date convenient to the Court and the parties.

Respectfully submitted,

By:/S/_____
Anthony D. Martin, 362-537
7474 Greenway Center Drive, Ste 150
Greenbelt, MD 20770
(301) 220-3700; (301) 220-1625