# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case Number: 21-cr-0115 CRC |
| : | |
| EDUARDO ALVEAR GONZALEZ, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER

This matter is before the court on a Motion to Re-Schedule the Sentencing Hearing, currently set for January 5th, 2022. The Motions is filed by Counsel for EDUARDO ALVEAR GONZALEZ. IT APPEARS TO THE COURT that GOOD CAUSE has been shown for the requested relief.

WHEREFORE, IT IS ORDERED this _____ day of January 2022, that the Motion be and is HEREBY GRANTED. IT IS FURTHER ORDERED, that the parties confer and propose dates to the clerk of court, no later than January 7th, 2022.

_____
JUDGE