**GoodLionTV** @GoodLionTV · 44s

Lion. His life story took 2 full days to write. It's going to make an amazing feature film.

As I wrap up, may it be known I do regret breaking the law. But I wouldn't relive this life and exclude my lessons learned in jail.

**GoodLionTV** @GoodLionTV · 44s

The people I met through the 4 jail journey all had an affect on me in truly cinematic ways.

I disavow anyone who thinks charging a capitol will do any good. It's 2022 just about - we can be heard in safer ways. We were angry, and we believe in what we know to be true.

**GoodLionTV** @GoodLionTV · 43s

For the preservation of the role love plays in society, let's envision another way. Let's find more creative ways to unite each-other. Let's be the remedy, the healing stone, to the damage we've seen take over this realm.

**GoodLionTV** @GoodLionTV · 43s

No matter how next year starts… I'll never stop doing what I do best. Thank you Lions and Lionesses for creating this reality together with me. If it wasn't for you, there wouldn't be we, and if we didn't exist there would only be love.