**XshawnaX** 7 hours ago

Love you Nick!! Praying sentencing goes well!!!

👍 6

▼ View reply from Good Lion TV

**Michael Stephens** 2 hours ago

Great to see you again Nick. The wife and I have been following you since early 2020. We often spoke about were you went when all this went down! But great to have your amazing work and if you need anything we're here for you!! Much love brother

👍 3

**Daniel J Beaulieu** 1 hour ago

It's been an honor watching you grow through all of this as many of us have in the truthers movement. Thanks so much for all you do for the masses looking for direction and some answers in all this chaos. Much love, Nick ❤️ 🙏 👊

👍 1

**jon wright** 7 hours ago

Keep up the amazing work brother, your documentaries are simply quite brilliant to watch, Very well put together and So Informative! Love the music too!

👍 4

**Maria Gele** 1 hour ago

Love your work Nick. Been following you for a good while. Sending light, sending love to you. Stay strong and keep pushing ahead. Thank you for using your gifts for the betterment of all mankind ❤️

**Suzanne** 9 hours ago

Love it.
Are you nervous on sentencing? It's all good Nick, it's all going to be ok.
You know I love Goodlion tv, so much work has been out into it. We have so much to learn, but we're getting to there. God Bless, keep your vibration high. Much love, Suzanne🌿

👍 4

**Tina Martin** 5 hours ago

Thank you Nick! Your work will go down in history as truth is unveiled! Peace and love to you!

👍 2

**Heather Bradley** 1 hour ago

Oh Nick!!! Felt every single word of that so passionately! I pray for you every single day and every single night asking God to PLEASE allow your sentencing to be "time served". I know there are many things about this you cannot speak of and we all completely understand. No matter what happens on January 5th, we will all be here to support you in ANY WAY POSSIBLE. I have loved, respected, and appreciated your work from the VERY beginning. So did my amazing father and h...

Read more

**Judy Mohr** 3 hours ago

So glad I stumbled across you several months ago. You bring goodness and truth in such a gentle way. You inspire even a 70 year old like me lol. You are in my prayers as you approach Jan 5. Thank you for your service 🙏