**Good Lion Films**
6,296 subscribers

📌 **Pinned message**
 PERVYWOOD 6  https://www.youtube.com/watch?v=Rwxx-h5-o48  Telegram News: https://t.me/GoodLionNews

"The Netflix of Redpill Documentaries"

Good Lion YouTube
https://www.youtube.com/channel/
UCb-2DcX8PjSdtoOOvfK_B9g

Telegram News: https://t.me/GoodLionNews

**Good Lion Films**                                         2K 👁 edited 2:15 PM



BREAKING: Ghislaine Maxwell found GUILTY in sex trafficking trial - breaking911.com/live-jury-reac…

4:10 PM · 12/29/21 · Twitter Web App

We knew this.

www.GoodLion.tv
"The Netflix of Redpill Documentaries"

Good Lion YouTube
https://www.youtube.com/channel/
UCb-2DcX8PjSdtoOOvfK_B9g

Telegram News: https://t.me/GoodLionNews

Today

**Good Lion Films**                                         74 👁 10:26 AM



**Title: I'm Being Sentenced January 5th, 2022**

Original Post: https://www.youtube.com/channel/
UCb-2DcX8PjSdtoOOvfK_B9g/community