Title: I'm getting sentenced Jan 5th, 2022

This is me. Eduardo Nicolas Alvear Gonzalez. I go by Nick.



I've been making documentaries since early 2020. I've been editing films since 1999. I was 11. I haven't stopped producing and have created http://www.GoodLion.tv based on the 30 films I made just prior to .. well… Youtube deleting me.

It's evolved into a Netflix of Redpills. We're still growing, so forgive the first roll out. I promise our second roll out of the app II will fit all streaming conventions & have all the features expected of them.

Back to the story…

Shortly after (YouTube deleting me) I went to DC for the January 6th rally. I spent 45 days in jail for it, and wear an ankle monitor currently.

I've been out of jail since March 25th, I felt the pain of the gitmo-like conditions the Jan 6rs in DC suffer from daily. I was in solitary confinement for 2 weeks before being let out on bail. They were in for over 4 months. Think about what this does to a soul.

Jail spiritually challenged and evolved me. I had been a self - monk in training for 10+ years prior to diving into college at age 25 then shortly after the 9 to 5 grind, got married, had a child, then divorced just as Good Lions Pervywood came out.

In my monk hood twenties I also studied mind science & heart science. This led me to discovering NLP, and I went to a Tony Robbins seminar - UPW in San Jose. Changed everything.

I believe they do have you map out 5 years in one exercise, and I'm living exactly that now.

I was the guy who, prior to Covid, went to parties, spoke to everyone at work, and friends and family about my vision. I was always working toward something. But before Good Lion grew wings, I was absolutely certain I could create something this helpful, merging all my talents. All music by the way in each Good Lion production is in 432hz, the music score is always Venus Looking Glass, which is also me, find me on Spotify.

I was also producing music on a computer at age 11. (Pentium 3 processor windows 95 or 98, Adobe Premier)

I stopped my two most passions in college, even though I was happy, barefoot on campus, and living out of my van parked nightly on the cliffs of Santa Barbara, CA…

I stopped my passions. I got a "job". Became a Cisco Certified Network Engineer.

Then… I almost died. A car accident had left me inches from swerving off the Pacific Coast Highway. Guardrail saved me. Has I served inches sooner I'd be dead.

When I realized this I broke down because of two things. My daughter would have lost her dad and the two things I dreamt of becoming as a kid I had neglected. (Fun fact: My senior yearbook quote did mention "remember the movies, remember the music, I will help change the world")

Because of the near death experience, I was more motivated than I had ever been in my life.

Two weeks later Good Lion Films was created & LLC'd. What was created to be real estate and music video productions became educational cerebral mind expanding documentaries… and sharing my current work with you has saved me during the toughest more challenging times in not just my life, but our lives.

There was a moment last year where my x had demanded I leave our home quite promptly. In that moment I reached out to you. I met and fell in love with a lot of new people because of it. The most difficult moment, asking help to 50,000 of you… scared me so much and after I did it … it humbled me. I found that many of us needed eachother, you needed me as much as I needed you. We need eachother.

Division is the name of their game. We have to reverse that by growing our love within and without. Whatever that means to you. Run with it.

So, how did I get Redpilled?

The fuel behind Good Lion ignited in March 2020, after being fired from my job for being a Trump supporter (yes that actually happened), I watched Fall of the Cabal. I realized I could do the same but with better quality to retain the sleepers, and to share documented history

amongst the awakened… in a time where censorship became normal, while new information was being let out, I learned to write, narrate, edit and produce fairly quickly.

I feel like a war photographer from back in the early 1900's. I've traveled to 10+ Airbnb's over the last 18 months, a handful of hotels, and 4 jails… and everywhere I went I was making movies. If not at the desk, in my head.

And yes.. I redpilled every person I could in jail. Truth rings true when people listen. Thanks for listening internally this far.


I am incredibly grateful for the beautifully foolish mistake I made by entering the Capitol that day. As a filmmaker, I let my passion to record a tragic day in history take me where not many have gone. I was under the Capitol Rotunda. The Daily Caller managed to be there at the same time. They filmed me and the video got 6.7million views FAST.

Just as quickly I was told my brother and sister became informants to the FBI. I never sent them hate. They taught me so much. Their daggers of hate turned into pillars of love.

Jail was the greatest challenge. I treated weeks like meditation retreats. I taught a king pin of a multi million dollar meth ring how to do Tai chi (he had a huge lion tattoo on his shoulder) and I wrote down the entire life story of a once millionaire coke dealer who didn't so drugs & whose new passion was in clothing design, which had a logo of a Lion. His life story took 2 full days to write. It's going to make an amazing feature film.

As I wrap up, may it be known I do regret breaking the law. But I wouldn't relive this life and exclude my lessons learned in jail. The people I met through the 4 jail journey all had an affect on me in truly cinematic ways.

I disavow anyone who thinks charging a capitol will do any good. It's 2022 just about - we can be heard in safer ways. We were angry, and we believe in what we know to be true.

For the preservation of the role love plays in society, let's envision another way. Let's find more creative ways to unite each-other. Let's be the remedy, the healing stone, to the damage we've seen take over this realm.

No matter how next year starts… I'll never stop doing what I do best. Thank you Lions and Lionesses for creating this reality together with me. If it wasn't for you, there wouldn't be we, and if we didn't exist there would only be love.


PS.

This is the bounce back channel. Some of you are new, some go back, some go way back. I love you.

If this channel were to ever go down… or if I am not present for a few months, all my work and the amazing work of other talented Redpill Documentary filmmakers are offered as a free and subscription based service. Https://www.GoodLion.tv

Support the now growing team as Good Lion is growing & planning out 2022 & 2023 & are accepting all kinds of resumes. Doesn't matter what you do… if you feel the pull just send it. Full send. Nick@GoodLion.tv let's do this.


Note:
Please support the goal of making the Netflix of Redpills the staple production house & streaming service for awakened educational resources worldwide. Darkness to Light. We are keyboard warriors.

https://www.GoodLion.tv