January 6, 2021 at 2:30:46 PM
20,528 of 2?,670
