

United States Capitol, Washington, District of Columbia, United States
January 6, 2021 at 2:14:56 PM · 20,313 of 23,668

Case 1:21-cr-00115-CRC   Document 47-6   Filed 01/03/22   Page 1 of 1

FIRST WAVE REPORTED 1:00pm
Source: Washington Post