## Physician Statement and Recommendation

| | |
|---|---|
| 9822983 | Eduardo Nicolas Alvear Gonzalez |
| *Recommendation ID Number* | *Patient Name* |
| | |
| D9349801 | Limits Exemption |
| *Patient Driver's License Number* | |
| | 12/30/2022 |
| 12/31/2021 | *Recommendation Valid Through Date* |
| *Recommendation Issued Date* | |

### 24 – Hour Verification

| | |
|---|---|
| 650-300-4334 | https://getheally.com/verify |
| *Phone Number* | *Online: (web address)* |

### Pursuant to California's Health and Safety Code Section 11362.5

The purpose of this medical document is to identify this individual as a patient whose possession and or cultivation of medical cannabis is permissible pursuant to California Health and Safety Code Section 11362.5 and Senate Bill 420.

This affirms the patient listed above has been examined and evaluated by the physician indicated on this document and that the physician is licensed to practice medicine in the State of California. It is their assessment that the above-mentioned patients qualifies under California Health and Safety Code Section 11362.5 for the use of cannabis for medical purposes. The attending physician is responsible for only the medicinal cannabis aspect of medical care. This patient assumes full responsibility for any and all risks associated with this treatment option. The physician has discussed the potential medical benefits and risks of cannabis use.

This patient hereby gives permission for representatives of Heally to discuss the nature of their condition(s) and the information contained within this document to verification purposes. This is a non-transferable document. This document is the property of the physician indicated on this document and can be revoked at any time without notice. Void after expiration, if altered or misused.

By signing below, I confirm that I have been advised and fully understand that the daily and prolonged use of Medical Marijuana (i.e., Cannabis) in any form may cause damage to any of the organs and cells of the human body.

Patient Signature                                                    Physician Signature

EquoSign - eSignature                                          EquoSign - eSignature

Signed by: Eduardo Alvear Gonzalez                    Signed by: Francis D'Ambrosio

Signed on: 12/31/2021                                         Signed on: 12/31/2021

*Eduardo Alvear Gonzalez*                                  *Francis D'Ambrosio*

MjAyMS0xMi0zMSBBbHZlYXIgR29uemFsZXo=       MjAyMS0xMi0zMSBE4oCZQW1icm9zaW8=

G73590

*Physician License Number*



2215 SOUTH EL CAMINO REAL, SUITE 205 SAN MATEO, CA 94403
WWW.GETHEALLY.COM