**1:10 p.m.**

Trump ends his speech by urging his followers to march down Pennsylvania Avenue. "We're going to the Capitol," he said. "We're going to try and give them [Republicans] the kind of pride and boldness that they need to take back our country." Read more →



"If you don't fight ... you're not going to have a country anymore," President Trump told supporters in D.C. Jan. 6, before rioters breached the U.S. Capitol. (The Washington Post)