## 1 p.m.

An initial wave of protesters storms the outer barricade west of the Capitol building as senators and Vice President Pence walk to the House chamber.
Read more →



Rioters topple barricades in front of the Capitol on the west side. (Brendan Gutenschwager via Storyful)