https://en.wikipedia.org/wiki/Timeline_of_the_2021_United_States_Capitol_attack#Wednesday,_January_6,_2021

Wednesday, January 6, 2021

1:13 a.m.: Ali Alexander, Stop the Steal organizer, tweets "First official day of the rebellion."

3:23 a.m.: Ron Watkins, imageboard administrator and prominent QAnon figure, posts a tweet accusing Vice President Mike Pence of orchestrating a coup against Trump. He also linked to a blog post which called for "the immediate arrest of [Pence], for treason."[75][76][77]

8:17 a.m.: President Trump tweets allegations of vote fraud, stating,

"States want to correct their votes, which they now know were based on irregularities and fraud, plus corrupt process never received legislative approval. All Mike Pence has to do is send them back to the States, AND WE WIN. Do it Mike, this is a time for extreme courage!"[78]

9:00 a.m.: At start time on permit for First Amendment rally "March for Trump" speeches,[55] the "Save America" rally (or "March to Save America") begins. Above the podium at The Ellipse are banners for "Save America March".[79]

Mo Brooks (R–AL) makes a speech about "kicking ass", asking "Will you fight for America?"[80][81]

9:45 a.m.: A Federal Protective Service liaison officer informs the Capitol Police that more than the permitted 30,000 protesters are expected at the Ellipse, the Freedom Plaza permit was increased from 5,000 to 30,000, and the protest outside the Sylven Theater is permitted for 15,000.[71]

10:30 a.m.: Benjamin Philips splits from his group to park, not reuniting but later dying from a stroke at George Washington University Hospital.[82]

10:50 a.m.: During Rudy Giuliani's speech he calls for "trial by combat".[83]

10:58 a.m.: a Proud Boys contingent leaves the rally, and marches toward the Capitol Building.[84]

11:00 a.m.: The Ellipse, located south of the White House, is filled with Trump supporters.[78]

11:30 a.m.: Acting Secretary of Defense Christopher C. Miller participates in a tabletop exercise on Department of Defense contingency response options for the D.C. protests.[85]

A member of a group of Proud Boys east of the Capitol makes the White power OK gesture at 11:54 a.m.

==12:00 p.m.:==

President Trump begins his over one-hour speech.[78] He repeats allegations that the election was stolen, criticizing Vice President Mike Pence by name a half-dozen times, accusing fellow Republicans of not doing enough to back up his allegations, and stating that he would walk with the crowd to the Capitol, though he retires to the White House immediately after the speech.[86]

A Federal Protective Service briefing email states that there are about 300 Proud Boys at the Capitol, a man in a tree near the Ellipse is holding what looks like a rifle, and some of the 25,000 people around the White House are hiding bags in bushes.[71] The email warns that the Proud Boys are threatening to shut down the downtown water system.[71]

12:05 p.m.: Rep. Paul Gosar tweets that Biden should concede and demands his concession by the next morning.[87][88]

12:20 p.m.: A Federal Protective Service officer writes in an email, "POTUS is encouraging the protesters to march to capitol grounds and continue protesting there."[71]

12:28 p.m.: A Federal Protective Service officer reports 10,000-15,000 people moving towards the Capitol down Pennsylvania, Constitution, and Madison Avenues.[71]

Pro-Trump supporters gathering outside the east plaza of the Capitol at 12:09 p.m.

12:30 p.m.: Crowds of pro-Trump supporters gather outside the U.S. Capitol building.[89]

12:49 p.m.:

Capitol Police respond to a report of a possible explosive device at the Republican National Committee Headquarters, which is later identified as a pipe bomb. Shortly afterwards, a second pipe bomb is found at the headquarters of the Democratic National Committee.[90][89] Buildings next to these headquarters are evacuated.[91]

A police sweep of the area identifies a vehicle which held one handgun, an M4 Carbine assault rifle with loaded magazine, and components for 11 Molotov cocktails with homemade napalm. Around 6:30 p.m, the driver was apprehended carrying two unregistered handguns as he returned to the vehicle. He is not suspected of planting the pipe bombs.[91][92]

12:53 p.m.: Rioters overwhelm police along the outer perimeter west of the Capitol building, pushing aside temporary fencing. Some protesters immediately follow, while others, at least initially, remain behind and admonish the others: "Don't do it. You're breaking the law."[93] By 1:03 p.m., a vanguard of rioters have overrun three layers of barricades and have forced police officers to the base of the west Capitol steps.[90]

12:57 p.m.: Federal Protective Service officers report that the Capitol Police barricade on the west side of the Capitol building has been breached by a large group.[71]

12:58 p.m.: Chief Sund asks House Sergeant at Arms Paul D. Irving and Senate Sergeant at Arms Michael C. Stenger to declare an emergency and call for deployment of the National Guard. Irving and Stenger state that they will forward the request up their chains of command. Soon afterwards, aides to Congressional leaders arrive in Stenger's office and are outraged to learn that he has not yet called for any reinforcement.[89] Phone records obtained at the Senate Hearings reflect that Sund first reached out to Irving to request the National Guard at 12:58 p.m. on the day of the attack. Sund then called the Senate sergeant-at-arms at the time, Michael Stenger, at 1:05 p.m. Sund repeated his request in a call at 1:28 p.m. and then again at 1:34 p.m., 1:39 p.m. and 1:45 p.m. that day.[94]

1:00 p.m.:

Senators and Vice President Pence walk to the House chamber.[78]

Pence releases a letter stating that the Constitution prevents him from unilaterally interfering with the 2021 United States Electoral College vote count.[78]

US Capitol Police Chief Steven Sund calls D.C. Metropolitan Police Chief Contee, who deploys 100 officers to the Capitol complex, the earliest arriving within 10 minutes.[89]

1:05 p.m.:

Congress meets in joint session to confirm Joe Biden's electoral victory.[78]

Acting Secretary of Defense Miller receives open source intelligence reports of demonstrators moving towards the U.S. Capitol.[85]

1:10 p.m.: President Trump ends his speech by encouraging the crowd to march to the Capitol: "We're going to try and give them [Republicans] the kind of pride and boldness that they need to take back our country."[85]

1:12 p.m.: Rep. Paul Gosar (R–AZ) and Sen. Ted Cruz (R–TX) object to certifying the votes made in the 2020 United States presidential election in Arizona. The joint session separates into House and Senate chambers to debate the objection.[78]

1:26 p.m.: The U.S. Capitol Police order evacuation of at least two buildings in the Capitol complex, including the Cannon House Office Building and the Madison Building of the Library of Congress.[85][95][96]

1:30 p.m.:

Capitol Police are overwhelmed and forced to retreat up the steps of the Capitol.[78]

Large numbers of Trump supporters march from the Ellipse 1.5 miles down Pennsylvania Avenue toward the Capitol.

1:34 p.m.: D.C. Mayor Muriel Bowser requests via phone that Army Secretary Ryan D. McCarthy provide an unspecified number of additional forces.[85]

1:35 p.m.: In Senate deliberations, Senate Majority Leader Mitch McConnell (R–KY) warns that refusing to certify the results of the presidential election under false pretenses would push American democracy into a "death spiral".[78]

1:49 p.m.: Capitol Police Chief Sund requests immediate assistance from District of Columbia National Guard (DCNG) Commander Major General William J.

Walker.[85][69] Major General Walker loads guardsmen onto buses in anticipation of receiving permission from the Secretary of the Army to deploy.[69]

1:50 p.m.: D.C. Metropolitan Police on-scene incident commander Robert Glover declares a riot.[97]

1:51 p.m.:

Trump supporter Alex Jones speaks from a bullhorn to the crowd on west side exhorting them to remain peaceful and to "not fight the police." He directs them to "the other [East] side" where he claims they have a permit and a stage.[98]

Radio talk show host and former FEMA director Michael D. Brown tweets the baseless claim that the people breaching Capitol security are likely antifa, Black Lives Matter protesters, or other insurgents disguised as Trump supporters, and suggests the attack could be a psychological warfare operation.[99][100]

1:54 p.m.: Todd Herman, guest hosting The Rush Limbaugh Show, informs his large national radio audience of Brown's claim that the people breaching security are not Trump supporters.[99][101]

1:58 p.m.: Along the east side of the Capitol, a much smaller police presence retreats from a different mob, removing a barrier along the northeast corner of the building. At 2:00 p.m. the mob removes the last barrier protecting the east side of the Capitol.[90]

1:59 p.m.: Chief Sund receives the first reports that rioters had reached the Capitol's doors and windows and were trying to break in.[102]

2:05 p.m.: Kevin Greeson is declared dead after suffering a heart attack outdoors on the Capitol grounds.[103]

2:10 p.m.:

The mob west of the Capitol chase police up the steps, breaching the final barricade and approach an entrance directly below the Senate chamber.[90]

House Sergeant at Arms Irving calls Chief Sund with formal approval to request assistance from the National Guard.[89]

Floorplan of the first floor of the Senate side of the Capitol. "A" indicates the location of the first breach into the building at 2:11 p.m. "B" indicates the location of a Capitol Police officer in a doorway before retreating up stairs at 2:14 p.m.

2:11 p.m.: Rioter Dominic Pezzola breaks a window on the northwest side of the Capitol with a plastic shield.[102]

2:12 p.m.: The first rioter enters the Capitol through the broken window,[102] opening a door for others.[90]

File:US Senate goes into recess after protestors breach the Capitol.webm

C-SPAN broadcast of the Senate going into recess after rioters infiltrate the Capitol

2:13 p.m.: Vice President Pence is removed from the Senate chamber to a nearby office.[102] The Senate is gaveled into recess.[90]

2:14 p.m.:

Rioters chase a lone Capitol Police officer up northwest stairs, where there are doors to the Senate chamber in both directions, as police inside the chamber attempt to lock doors.[90] If the mob had arrived about a minute earlier, it would have been in sight of Vice President Pence as he was moved into an office about 100 feet from the landing.[102] Officer Eugene Goodman leads the mob to backup in front of a set of Senate doors while senators inside attempt to evacuate.[90]

As Representative Gosar speaks to the House against certifying Arizona's electoral votes, Speaker of the House Nancy Pelosi (D–CA) is removed from the chamber by her protective detail.[68]

Federal Protective Service officers report that the Capitol has been breached.[71]

2:16 p.m.: Federal Protective Service officers report that the House and Senate are being locked down.[71]

2:20 p.m.: The House is gaveled into recess and starts to evacuate.[78]

2:22 p.m.: Army Secretary McCarthy has a phone call with Mayor Bowser, D.C. Deputy Mayor John Falcicchio, Director of the D.C. Homeland Security and Emergency Management Agency Christopher Rodriguez, and leadership of the Metropolitan Police in which additional DCNG support is requested.[85]

2:23 p.m.: Rioters attempt to breach the police line formed by barricades of bicycle racks. As a police lieutenant sprays the crowd with a chemical substance, rioter

Julian Elie Khater raises his arm above the mob and sprays a chemical substance toward United States Capitol Police officer Brian Sicknick, who dies the following day from a stroke.[104][105]

2:24 p.m.: President Trump tweets,

"Mike Pence didn't have the courage to do what should have been done to protect our Country and our Constitution, giving States a chance to certify a corrected set of facts, not the fraudulent or inaccurate ones which they were asked to previously certify. USA demands the truth!"[78]

2:25 p.m.: Army Secretary McCarthy ordered staff to prepare movement of the emergency reaction force, which could be ready in 20 minutes, to the Capitol.[106]

2:26 p.m.: D.C.'s homeland security director Chris Rodriquez coordinates a conference call with Mayor Bowser, the chiefs of the Capitol Police (Sund) and Metropolitan Police (Contee), and DCNG Maj. Gen. Walker. As the DCNG does not report to a governor, but to the President, Maj. Gen. Walker patched in the Office of the Secretary of the Army, noting that he would need Pentagon authorization to deploy. Lt. Gen. Walter E. Piatt, director of the Army Staff, noted that the Pentagon needed Capitol Police authorization to step onto Capitol grounds. Sund began describing the breach by rioters but the call became unintelligible as multiple people began asking questions at the same time. Metro Police Chief Robert Contee asked for clarification from Capitol Police Chief Sund: "Steve, are you requesting National Guard assistance at the Capitol?" to which Chief Sund replied, "I am making urgent, urgent, immediate request for National Guard assistance." According to Sund, Lt. Gen. Piatt stated, "I don't like the visual of the National Guard standing a police line with the Capitol in the background", and that he prefer that the Guard relieve police posts around D.C. to allow police to deploy to the Capitol. Sund pleaded with Lt. Gen. Piatt to send the Guard, but Lt. Gen. Piatt stated that only Army Secretary McCarthy had the authority to approve such a request and he could not recommend that Secretary McCarthy approve the request for assistance directly to the Capitol. The D.C. officials were subsequently described as "flabbergasted" at this message. McCarthy would later state that he was not in this conference call because he was already entering a meeting with senior Department leadership.[89] Piatt contests this description of the call, denying that he talked about visuals and stating that he stayed on the conference call while senior Defense Department officials were meeting.[107] The Army

falsely denied for two weeks that Lt. Gen. Charles A. Flynn - the Army deputy chief of staff for operations, plans and training - was in this call. His brother Michael Flynn, a retired Trump National Security Advisor, had pledged an oath to the QAnon conspiracy theory, though there are no indications that Lt. Gen. Flynn shares his brother's beliefs.[108]

2:26 p.m.:

Trump calls Senator Mike Lee (R–UT), having misdialed Senator Tommy Tuberville (R–AL). Lee passes his phone to Tuberville, who informs Trump that Pence had just been evacuated from the Senate chamber. "I said 'Mr President, they've taken the Vice President out. They want me to get off the phone, I gotta go'," he recounted to reporters of his call.[109]

After receipt of a call from D.C. Mayor Muriel E. Bowser indicating that DoD had refused to send assistance to the U.S. Capitol, the Public Safety Secretary of Virginia, Brian Moran, dispatches the Virginia State Police to the Capitol as permitted by mutual aid agreement with D.C.[110]

Security video shows Secret Service moving the Vice President and his family to a new secure location.

2:28 p.m.: Capitol Police Chief Steven Sund reiterates his request for National Guard support to help shore up the perimeter of the Capitol.[111]

2:30 p.m.:

Secretary Miller, Chairman of the Joint Chiefs of Staff Gen. Mark Milley, and Army Secretary McCarthy meet to discuss Capitol Police and D.C. government requests.[85]

Shortly before this time, The Washington Times publishes a story by Rowan Scarborough falsely claiming facial recognition company XRVision identified antifa members among the crowd at the Capitol.[99][112] The Times corrects the story the next day after BuzzFeed News reports that XRVision threatened the Times with legal action over the story.[112] Before the correction, the story amasses 360,000 shares and likes on Facebook.[99]

==2:38 p.m.: President Trump tweets,==

"Please support our Capitol Police and Law Enforcement. They are truly on the side of our Country. Stay peaceful!"[78]

West steps of the Capitol at 2:46 p.m.

2:44 p.m.: Rioter Ashli Babbitt is shot by Capitol Police while attempting to force entry into the Speaker's Lobby adjacent to the House chambers by climbing through a window that led to the House floor.[113][106]

2:45 p.m.: Federal Protective Service officers report, "Shots fired 2nd floor house side inside the capitol."[71]

2:49 p.m.: After discussion with his chief of staff, Clark Mercer, the Governor of Virginia, Ralph Northam, activates all available assets of the State of Virginia including the Virginia National Guard to aid the US capitol. Authorization from DoD required for legal deployment of Virginia National Guard in D.C. was not granted.[110][114]

3:04 p.m.: Secretary Miller, with advice from senior Defense leadership, formally approves "activation" of the 1,100 soldiers in the DCNG. Army Secretary McCarthy orders the DCNG to begin full "mobilization".[85] Despite this, Miller "did not approve an operational plan to deploy the National Guard to the Capitol until 4:32 p.m."[115][89]

File:Bill Cassidy during the 2021 storming of the United States Capitol.ogv

Video posted by Senator Bill Cassidy (R–LA) to Twitter at 3:10 p.m.

3:05 p.m.: House Minority Leader Kevin McCarthy (R–CA) started a phone-in interview on live TV with WUSA. McCarthy said he had called the president to urge him to "calm people down" and in reply the president had sent out a tweet.[116]

3:10 p.m.: Fairfax County, Virginia, deputy county executive Dave Rohrer informs county officials that county police are being dispatched to assist Capitol Police in response to a mutual aid request.[71]

3:13 p.m.: President Trump tweets,

"I am asking for everyone at the U.S. Capitol to remain peaceful. No violence! Remember, WE are the Party of Law & Order – respect the Law and our great men and women in Blue. Thank you!"[78]

3:15 p.m.:

House Speaker Pelosi calls the Governor of Virginia. The Governor of Virginia, Ralph Northam, confirms to House Speaker Pelosi that all assets of the State of Virginia including the National Guard are being sent to aid the U.S. Capitol.[110]

First assets from Virginia begin rolling into D.C.[110]

3:19 p.m.: Army Secretary McCarthy has a phone call with Senator Schumer and House Speaker Pelosi about Mayor Bowser's request. McCarthy explains that a full DCNG mobilization has been approved.[85]

3:22 p.m.: Rohrer informs Fairfax County officials that the county is suspending fire, rescue, or emergency transportation to D.C. hospitals and "upgrading response and command structure."[71]

3:26 p.m.: McCarthy has a phone call with Mayor Bowser and Metro Police Chief Contee conveying that their request was not denied and that Secretary Miller has approved full activation of the DCNG.[85]

3:32 p.m.: Virginia Governor Ralph Northam orders mobilization of Virginia National Guard forces in anticipation of a request for support according to Secretary of Defense timeline. Note inconsistency with statements of Virginia Governor. Statements of Virginia Governor indicate: 1) he authorized all forces under his command to help capitol before DoD, and 2) DoD only followed after dissemination of his mobilization.[85][110]

3:36 p.m.: White House press secretary Kayleigh McEnany tweets that National Guard and other Federal forces are headed to the Capitol.[78]

3:37 p.m.: Maryland Governor Larry Hogan orders mobilization of Maryland National Guard forces in anticipation of a request for support.[85]

3:39 p.m.: Arlington County, Virginia, acting police chief Andy Penn informs county officials that Arlington officers are responding to the attack and have been absorbed into the Capitol Police response.[71]

3:39 p.m.: Senator Schumer implores Pentagon officials, "Tell POTUS to tweet everyone should leave." House Majority Leader Steny Hoyer, D–MD, wondered about calling up active duty military.[106]

3:46 p.m.: Chief of the National Guard Bureau Gen. Daniel R. Hokanson has a phone call with Virginia Adjutant General Timothy P. Williams to discuss support to Washington, D.C. and is informed that Virginia National Guard forces have already been mobilized.[85]

3:48 p.m.: Army Secretary McCarthy leaves the Pentagon for Metro Police Department Headquarters in the Henry Daly Building.[85]

3:55 p.m.: Gen. Hokanson has a phone call with Maryland Adjutant General Maj. Gen. Timothy E. Gowen to discuss support to Washington, D.C. and is informed that Maryland National Guard forces have already been mobilized.[85]

4:05 p.m.: President-elect Biden holds a press conference calling on President Trump to "demand an end to this siege".[78]

4:08 p.m.: From a secure location, Vice President Pence phoned Christopher Miller, the acting defense secretary, to confirm the Capitol was not secure and ask military leaders for a deadline for securing the building while demanding that the Capitol be cleared.[106]

4:10 p.m.: Army Secretary McCarthy arrives at D.C. Metropolitan Police Department Headquarters.[85]

4:17 p.m.: Trump uploads a video to his Twitter denouncing the riots, but maintaining the false claims that the election was stolen.[78] This was one of three takes, with the "most palatable option" chosen by White House aides for distribution.[117] In the video he says:[118]

"I know your pain, I know you're hurt. We had an election that was stolen from us. It was a landslide election and everyone knows it, especially the other side. But you have to go home now. We have to have peace. We have to have law and order. We have to respect our great people in law and order. We don't want anybody hurt. It's a very tough period of time. There's never been a time like this where such a thing happened where they could take it away from all of us — from me, from you, from our country. This was a fraudulent election, but we can't play into the hands of these people. We have to have peace. So go home. We love you. You're very special. You've seen what happens. You see the way others are treated that are so bad and so evil. I know how you feel, but go home, and go home in peace."

4:18 p.m.: Secretary Miller, Gen. Milley, Army Secretary McCarthy, and Gen. Hokanson discuss availability of National Guard forces located outside of the immediate D.C. Metro area. Secretary Miller verbally authorizes mustering and deployment of out-of-State National Guard forces to D.C.[85]

Tear gas on the west Capitol steps at 4:20 p.m.

4:26 p.m.: Rosanne Boyland dies, trampled by rioters at a Capitol tunnel entrance while police are attacked, as shown in bodycam video.[119][120] She had collapsed due to an amphetamine overdose.[121]

4:32 p.m.: Secretary Miller authorizes DCNG to actually deploy in support of the U.S. Capitol Police.[85][115]

4:40 p.m.: Army Secretary McCarthy has a phone call with Maryland Governor Hogan in which the Governor agrees to send Maryland NG forces to D.C., expected the next day.[85]

5:08 p.m.: Army senior leaders relay to Major General Walker the Secretary of Defense's permission to deploy the DCNG to the Capitol.[69]

5:20 p.m.: The first contingent of 155 Guard members, dressed in riot gear, began arriving at the Capitol.[106]

5:40 p.m.: 154 DCNG soldiers arrive at the Capitol Complex, swear in with the Capitol Police, and begin support operations, having departed the D.C. Armory at 5:02.[85]

Around 5:40 p.m.: As the interior of the Capitol is cleared of rioters, leaders of Congress state that they will continue tallying electoral votes.[78]

5:45 p.m.: Secretary Miller signs formal authorization for out-of-State National Guard to muster and deploy in support of U.S. Capitol Police.[85]

A police line push rioters away from the western side of the Capitol at 5:46 p.m

Around 5:45 p.m.: Police announce that Ashli Babbitt, the rioter shot inside the Capitol, has died.[78]

6:00 p.m.: D.C. curfew comes into effect.[78]

6:01 p.m.: President Trump tweets,

"These are the things and events that happen when a sacred landslide election victory is so unceremoniously & viciously stripped away from great patriots who have been badly & unfairly treated for so long. Go home with love & in peace. Remember this day forever!"[78]

6:09 p.m.: Rosanne Boyland is pronounced dead at a local hospital, after being trampled to death by people rushing to breach a tunnel entrance on the west side of the Capitol.[122]

6:14 p.m.: U.S. Capitol Police, D.C. Metropolitan Police, and DCNG successfully establish a perimeter on the west side of the U.S. Capitol.[85]

6:30 p.m.: Chief Sund briefs Pence, Pelosi, Schumer and other members of congressional leadership on the security situation, advising that both chambers could reopen by 7:30 p.m.[123]

7:00 p.m.: Facebook, Inc. removes President Trump's posts from Facebook and Instagram for "contribut[ing] to, rather than diminish[ing], the risk of ongoing violence."[78]

7:02 p.m.: Twitter removes Trump's tweets and suspends his account for twelve hours for "repeated and severe violations of [its] Civic Integrity policy".[78]

8:00 p.m.: U.S. Capitol Police declare the Capitol building to be secure.[85]

8:06 p.m.: The Senate reconvenes, with Vice President Pence presiding, to continue debating the objection to the Arizona electoral count.[78]

8:31 p.m.: The Federal Protective Service issues a memo warning that an armed militia group is reportedly traveling from West Virginia to D.C.[71]

8:36 p.m.: Facebook blocks Trump's page for 24 hours.[78]

9:00 p.m.: Speaker Pelosi reopens the House debate.[78]

10:15 p.m.: The Senate votes 93–6 against the objection raised by a handful of Republican senators against the counting of Arizona's electoral votes.[124][125]

11:30 p.m.: The House votes 303–121 to reject the Republican objection to the counting of Arizona's electoral votes.[125]