# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDUARDO NICOLAS ALVEAR GONZALEZ<br>    Defendant. | Case No. 21-CR-00115-CRC-1 |

## NOTICE OF APPEARANCE

Deputy Federal Public Defender Jason Hannan, enters his Notice of Appearance on behalf of Defendant Eduardo Nicolas Alvear Gonzalez.

Please make all necessary changes to the court's Case Management/Electronic Case Filing System to accurately reflect this assignment and to ensure that defense counsel receives all notifications relating to filings in this case.

        Respectfully submitted,

        CUAUHTEMOC ORTEGA
        Federal Public Defender

DATED: January 27, 2022    By  /s/ Jason Hannan
        JASON HANNAN
        Deputy Federal Public Defender
        (Bar No. 290841)
        411 West Fourth Street, Suite 7110
        Santa Ana, California  92701-4598
        Telephone:  (714) 338-4500
        (E-Mail:  Jason_Hannan@fd.org)