UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 21-CR-115 (CRC) |
| | : | |
| v. | : | |
| | : | |
| NICOLAS ALVEAR | : | |
| EDUARDO GONZALEZ, | : | |
| | : | |
| Defendant. | : | |

## JOINT STATUS REPORT

The government defers to the Court as to Defendant Eduardo Nicolas Alvear Gonzalez's motion to appear at his probation violation hearing remotely on July 18, 2023.

Gonzalez pled guilty on September 30, 2021, to one count of 40 U.S.C. § 5104(e)(2)(G), for his conduct inside the United States Capitol on January 6, 2021. On March 3, 2022, the Court sentenced Gonzalez to 24 months' probation and instructed him to follow a variety of conditions. ECF 52. On April 27, 2023, Probation petitioned the Court for an arrest warrant based on Gonzalez's alleged violations of his probation conditions, including unlawful use of a controlled substance (marijuana) and his unilateral, unapproved relocation from California to Tennessee. ECF 57. Additional details can be found in the government's filed opposition to his motion for release. ECF 65. On April 28, 2023, the Court issued an arrest warrant for Gonzalez. He was arrested in Tennessee on May 5, and he waived his identity hearing, preliminary hearing, and detention hearing there, opting for those hearings to be held in the District of Columbia. ECF 60 at 5-6.

Gonzalez moved for his release pending his violation hearing over the government's opposition, and, on May 23, 2023, the Court granted Gonzalez's motion. In it's order, the Court scheduled his probation violation hearing for July 18, 2023, and required Gonzalez to appear in person.

Gonzalez now moves to appear at his hearing remotely. Originally, the government opposed the defendant's request, particularly in light of the Court's recent shift toward more hearings in person and its original order for Gonzalez to, in fact, appear in person. Indeed, in light of Gonzalez's prior flight and attempted concealment after January 6 and his most recent alleged conduct absconding to Tennessee without going through the required probation requirements, Gonzalez potentially faces a term of incarceration should he be found in violation of his probation. As he notes, however, he has served approximately nineteen days in prison from the date he was arrested on May 5 and the date he was released by the Court pending his hearing on May 24, 2023. As such, the government defers to the Court as to his motion to appear at his probation violation hearing remotely.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By: _____
Troy A. Edwards, Jr.
Assistant United States Attorney
N.Y. Bar No. 5453741
U.S. Attorney's Office, District of Columbia
601 D Street NW
Washington, D.C. 20530