IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:21-cr-00115 (CRC) |
| ) | |
| EDUARDO NICOLAS ) | |
| ALVEAR GONZALEZ ) | |
| ) | |
| Defendant. ) | |

**EDUARDO NICOLAS ALVEAR GONZALEZ'S POSITION
ON PROBATION VIOLATION**

**EXHIBIT 1 – filed under seal**