June 28, 2023

My name is Bree and I've been friends with Nick since 2020. Even though we've only known each other for a few years, I know why he asked me to write a letter of character for him; he has the ability to connect with people on a deep level, making you feel like you've known each other for a lifetime, and can trust each other with your life. The first interactions we had were on social media, where he listened to me read my book aloud for two hours straight. I've known and loved some great men, but none who entertained listening to me read. Can you imagine listening to a two hour audio book that your significant other wrote, let alone a stranger? What sort of man would it take to enjoy an activity like that? I have found myself asking this question and using it as a minimum standard when I'm dating.

On our first phone call together, we bonded over creativity, our past, and our wisdoms. It wasn't long before I learned about his beautiful daughter, ▇▇▇▇ The Nick that everyone sees on social media isn't the same man standing before you. The living man who goes by Nick is fueled by genuine connection, the meaning of life, sharing his stories and music with the world, and above all, the love for his ▇▇▇▇ [daughter]

When Nick and I chat, we usually bounce inspiration off of each other and this can go on and on like a marathon — which we love when we have the time for it! It isn't uncommon for our flow to be interrupted by him giving money to a homeless person, or making pleasant conversation with the cashier or security guard on duty. I'd say that you can judge a man's character based on what he can be distracted by, and from everything I know about Nick, he gets distracted by deep conversations with strangers, giving someone a helping hand, sharing his daughter's latest jokes, and making others laugh.

Thank you for taking the time to get to know the real Nick a little clearer through my lens.

All the love,

Bree Larson