<u>Letter to Judge</u>

First off I'd like to say thank you for granting my release from jail and allowing me to live in Nashville. I'm forever grateful that I didn't have to spend another day in jail. As a misdemeanor case, spending time with felons approaching 5-15 years in prison isn't exactly the environment I wish to be in ever.

I want to apologize for my decision in remaining in Nashville when Officer Chase advised me to return. I truly thought I had read my judgment correctly and followed its direction to my best ability, and as you know, I believed that Officer Moravia also approved. I know now that this was a misunderstanding and I should have just followed the initial instruction of Officer Chase.

I want to let you know how active I've been as a contributor to society since my release from jail in 2021. I currently run 3 businesses. One is a documentary streaming platform of which I've produced and directed 55 educational films in the last 3 years. Currently I'm making 3 films for Autism awareness, ALS awareness, and a spiritual awareness documentary featuring many of the influential teachers I've been a student under most of my life.

The second business I own and run is called Arii, it's a topical oil brand that eases the symptoms of autism in children and adults. It's helped me tremendously as well as I take it myself.

Aside from this instance, I have followed the rules of my probation meticulously throughout my time supervised - and have respected each of the 5 probation officers I've had throughout. Officer Chase was assigned to me just 1 month before my work stay in Nashville. I understand we hadn't built rapport, and so she never truly had a chance to understand who I am as a person.

I admit I violated probation by not listening to her, I apologize for any disrespect that may have caused. I respect the law, Officer Chase, and you as well Judge Cooper, for allowing me to speak my truth in this matter.

Thank you, Your Honor, for my freedom to continue helping the world in the way I do best, and that's with love and creativity.

All the best
Eduardo "Nick" Alvear

*[signature]*